UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNA JIMENEZ-RUIZ,

    Plaintiff,

v.                                        Case No: 8:18-cv-1768-WFJ-AEP

SCHOOL BOARD OF SARASOTA
COUNTY,

    Defendant.
_____/

## O R D E R

The Court has been advised by **Judge Porcelli (Dkt. 128)** that the above-styled action has been reported settled at the settlement conference held this day. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2021.

                                        s/*William F. Jung*
                                        **WILLIAM F. JUNG**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record